STATE OF WISCONSIN          CIRCUIT COURT          MANITOWOC COUNTY

## SEARCH WARRANT

TO THE SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER OF SAID COUNTY:

WHEREAS, Investigator Jerry Pagel of the Calumet County Sheriff's Department, being duly sworn, has complained in writing to the said Court, and states on information and belief, that on November 9, 2005, in and upon certain premises on Avery Road in the Town of Gibson, County of Manitowoc, Wisconsin, specifically:

(1) 12932 Avery Road, in the Town of Gibson, County of Manitowoc, Wisconsin, occupied by Steven A. Avery, Sr. (DOB: 07/09/1962), more particularly described as follows: a single family trailer, red in color, with white trim around the windows. The trailer has an attached wooden deck and has the number 12932 on the front of the residence next to the front entrance. There is a detached garage next to the residence that is red and blue in color with a single white garage door and a white service door.

(2) A trailer with a detached two-stall garage located on the east side near the northeast corner of the Avery Auto Salvage property, occupied by Charles E. Avery (DOB: 07/13/1954). The trailer is unsided on the east side of the trailer and has beige-colored siding on the south side of the trailer. There is a white door located on the east side of the trailer. There is also a two-stall garage with red and blue siding and with two beige garage doors located on the east side of the garage.

(3) A single story trailer with green siding and a metal steel or tin-type roof located on the northeast corner of the Avery Auto Salvage, occupied by Alan K. Avery (DOB: 05/03/1937) and Delores Avery (DOB: 08/20/1937). There is an attached purple or lavender-colored deck on the trailer. The trailer has a detached one-car garage with green siding and a beige garage door.

(4) 12930A Avery Road, in the Town of Gibson, County of Manitowoc, Wisconsin, occupied by Barbara E. Janda (DOB: 11/07/1964), more particularly described as a single family trailer with gray vinyl siding with maroon shutters. The numbers 12930A are located on the front of the residence. 12930A Avery Road has a detached garage with gray siding, two white garage doors and white trim around the windows and doors.

MANITOWOC COUNTY, WIS
FILED
2005 NOV 14 AM 8:29
LYNN ZIGMUNT
CLERK OF
CIRCUIT COURT

(47)

EXHIBIT 6

County 0047

Case 1:09-cv-00248-RTR   Filed 01/15/10   Page 1 of 3   Document 36-2

    (5)    The Avery Auto Salvage yard property located on Avery Road in the Town of Gibson, County of Manitowoc, Wisconsin, including residences, garages, outbuildings and vehicles. The auto salvage yard is approximately 40 acres in size and is surrounded by a berm and some fencing. On the property, there are numerous outbuildings and vehicles, those that are operational and also junked and scrapped vehicles, associated with the salvage yard business.

There are now located and concealed certain things, to-wit:

    (1)    Women's clothing including, but not limited to, blue jeans, a white button-down shirt, and a spring jacket.

    (2)    The body of Teresa Marie Halbach, DOB: 03/22/1980, described as a white female, sandy blonde hair, 5'6", approximately 135 pounds.

    (3)    Property belonging to Teresa Halbach including, but not limited to, cameras, film and photography equipment, electronic storage devices, and a cellular telephone.

    (4)    Forensic evidence including, but not limited to, bone and tooth fragments, fiber evidence, blood, hair, saliva, semen, palm prints, and fingerprints.

    (5)    Instrumentalities capable of taking a human life including, but not limited to, weapons, firearms, ammunition, knives, cutting instruments, ropes, and ligatures.

    (6)    Blunt objects and other tools capable of hiding, destroying or distributing a human corpse, including but not limited to, crowbars, tire irons, and shovels.

    (7)    Objects utilized to wrap or encase a body or object, including but not limited to, plastic bags, tarps, boxes and buckets.

    (8)    Any other items which officers identify as being related to the investigation of the disappearance or homicide of Teresa M. Halbach (DOB: 03/22/1980).

which things were used in the commission of, or may constitute evidence of a crime, to-wit: violations of secs. 940.01, 940.225, 940.30, 940.31 and 943.20, Wis. Stats.

and prays that a Search Warrant be issued to search said premises for said items.

NOW, THEREFORE, in the name of the State of Wisconsin, you are commanded forthwith to search the said premises for said things, and if the same or any portion thereof are found, to bring the same, and the persons(s) in whose possession the same are found, and return

(48)

this warrant within forty-eight hours of service, before the said Court, to be dealt with according to law.

Dated this __9__ day of November, 2005.

*[signature]*
JUDGE OR COURT COMMISSIONER
MANITOWOC COUNTY, WISCONSIN

### ENDORSEMENT

Received by me, __November 9__, 2005 at __4:40__ o'clock __P__ M.

*[signature: Joseph M ____]*

(49)

Case 1:09-cv-00248-RTR   Filed 01/15/10   Page 3 of 3   Document 36-2

County 0049