# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROLAND JOHNSON,**

　　　　　　　　　Plaintiff,

　　　　V.　　　　　　　　　　　　CASE NUMBER: **09-C-248**

**MANITOWOC COUNTY,**
**CALUMET COUNTY,**
**JERRY PAGEL,**
**WILLIAM TYSON,**
**MARK WIEGERT,**
**WENDY BALDWIN, and**
**JOHN DEDERING,**

　　　　　　　　　Defendants.

☐　**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion for summary judgment, on the plaintiff's claims pursuant to 42 U.S.C. § 1983, alleging violations of the Fourth, Fifth, and Fourteenth Amendments, is GRANTED.**

**This action is hereby DISMISSED.**

**May 11, 2010**　　　　　　　　　　**JON W. SANFILIPPO**
Date　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　 s/ Linda M. Zik
　　　　　　　　　　　　　　　　(By) Deputy Clerk